C. HELEN REGAN ET AL., APPELLANTS, v. THE STATE BOARD OF EDUCATION ET AL., RESPONDENTS.

Argued October 17, 1933—Decided January 12, 1934.

For the appellants, *Samuel Koestler.*

For the respondents, *Martin P. O'Connor.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Lloyd, Case, Bodine, Heher, Perskie, Van Buskirk, Kays, Hetfield, Dear, Wells, Dill, JJ. 14.

*For reversal*—None.